IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-30982
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
July 15, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

v.

DUSTIN JACK MALONE,

      Defendant - Appellant

_____

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:18-CR-24-1

_____

Before SMITH, COSTA, and HO, Circuit Judges.

PER CURIAM: [*]

The Federal Public Defender appointed to represent Dustin Jack Malone has filed a motion for leave to withdraw, a brief, and a supplemental brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Malone has filed a response.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-30982

This court previously directed counsel to address (1) whether the written judgment's more detailed description of the special conditions of supervised release arguably constitutes a conflict with the orally pronounced sentence, and (2) whether any such issue would be reviewed for plain error or for an abuse of discretion. Counsel's supplemental brief complied with this order. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2..